UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

W.M. BARR & COMPANY, INC.,

    Plaintiff,

v.                                              Case No. 11-02498

RUST-OLEUM CORPORATION and JOHN
DOE RETAILERS 1-50,

    Defendants.
                                                /

**ORDER OF DISMISSAL**

On July 27, 2012, the parties submitted a "Joint Stipulation of Dismissal without Prejudice."  Pursuant to their stipulation,

IT IS ORDERED that this matter is DISMISSED with prejudice, with each party to bear its own costs and attorney fees.

                                                        S/Robert H. Cleland
                                                        ROBERT H. CLELAND
                                                        UNITED STATES DISTRICT JUDGE

Dated:  August 15, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 15, 2012, by electronic and/or ordinary mail.

                                                        S/Lisa Wagner
                                                        Case Manager and Deputy Clerk
                                                        (313) 234-5522